EASTERN DIST.
*March*, 1840.

LEWIS & SNEL-
LING
*vs.*
RODRIGUEZ
ET AL.

=========

LEWIS & SNELLING *vs.* RODRIGUEZ ET AL.

APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Judgment affirmed with maximum of damages, as a delay case.

This is a suit against the makers and endorser of a note. There was a general denial pleaded, and no defence made. The plaintiffs made their proof and had judgment *in solido* against the defendants. The endorser alone, has appealed.

*Rawle*, for appellant.

*Maybin*, contra, prayed for affirmance of judgment and damages.

*Morphy, J.*, delivered the opinion of the court.

Defendants appeal from a judgment decreeing them *in solido* to pay the amount of a promissory note, drawn by the one and endorsed by the other. No serious defence having been made in either court, delay is evidently their sole object.

It is, therefore, ordered, that the judgment below be affirmed, with costs, and ten per cent. damages.